# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-984
Lower Tribunal No. 21-CA-001657

_____

ELMER ELHERT, as Trustee of the ELHERT FAMILY TRUST DATED APRIL 29, 2003,

Appellant,

v.

RIVER PARK CONDOMINIUM ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

December 26, 2023

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Trisha L. Ryan, of Lusk, Drasites & Tolisano, P.A., Cape Coral, for Appellant.

Brendan J. Shearman and Monica Schmucker, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED